Page 1

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Morris, Loretta L | Case Number: 04 B 19113 |
|---|---|---|
| | | Judge: Wedoff, Eugene R |
| | Printed: 02/03/09 | Filed: 5/14/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Completed: January 9, 2009
Confirmed: July 15, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 20,520.00 | |
| Secured: | | 7,006.09 |
| Unsecured: | | 9,476.25 |
| Priority: | | 0.00 |
| Administrative: | | 2,594.00 |
| Trustee Fee: | | 1,063.66 |
| Other Funds: | | 380.00 |
| Totals: | 20,520.00 | 20,520.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Zalutsky & Pinski Ltd | Administrative | 2,594.00 | 2,594.00 |
| 2. | Greater Suburban Acceptance Co | Secured | 6,548.43 | 6,548.43 |
| 3. | GMAC Mortgage Corporation | Secured | 2,060.62 | 457.66 |
| 4. | GMAC Mortgage Corporation | Unsecured | 250.00 | 61.23 |
| 5. | RoundUp Funding LLC | Unsecured | 102.38 | 765.05 |
| 6. | Greater Suburban Acceptance Co | Unsecured | 532.88 | 3,982.06 |
| 7. | Portfolio Recovery Associates | Unsecured | 443.16 | 3,315.62 |
| 8. | Premier Bankcard | Unsecured | 39.74 | 296.93 |
| 9. | Capital One | Unsecured | 141.76 | 1,055.36 |
| 10. | Bank One | Secured | | No Claim Filed |
| 11. | AT&T Broadband | Unsecured | | No Claim Filed |
| 12. | Suburban Emergency Physician | Unsecured | | No Claim Filed |
| 13. | CitiFinancial | Unsecured | | No Claim Filed |
| 14. | SBC | Unsecured | | No Claim Filed |
| 15. | Providian | Unsecured | | No Claim Filed |
| 16. | NCO Financial Systems | Unsecured | | No Claim Filed |
| | | | $ 12,712.97 | $ 19,076.34 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Morris, Loretta L

Printed: 02/03/09

Case Number:  04 B 19113
Judge:  Wedoff, Eugene R
Filed:  5/14/04

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4% | 60.41 |
| 6.5% | 193.84 |
| 3% | 34.49 |
| 5.5% | 188.38 |
| 5% | 56.99 |
| 4.8% | 109.44 |
| 5.4% | 369.95 |
| 6.6% | 50.16 |
|  | $ 1,063.66 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

